Marisa S. Ratinoff, State Bar No. 155934
Tae Kim, State Bar No. 210465
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
mratinoff@ebglaw.com
tkim@ebglaw.com

Attorneys for Defendant,
Next Century Associates, LLC

E-FILED 01/28/11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE WOLFF, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>HYATT CORPORATION d/b/a Hyatt Regency Century Plaza, a Delaware corporation; NEXT CENTURY ASSOCIATES, LLC, a California limited liability company; STANDARD PARKING CORPORATION, a Delaware corporation; CENTURY CITY GARAGE PARTNERS, L.P., a Delaware limited partnership; and Does 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.  CV10-7266 PSG(PLAx)<br><br>[Assigned to the Hon. Philip S. Gutierrez]<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL INFORMATION** |

WHEREAS, Plaintiff Stephanie Wolff ("Plaintiff"), Defendants Hyatt Corporation, Next Century  Associates, LLC, Standard Parking Corporation, and Century City Garage Partners, LP (collectively, "Defendants") (Plaintiff and Defendants are collectively the "parties") wish to exchange documents for the limited and exclusive purpose of exploring the possibility of resolving this litigation;

1  AND WHEREAS the parties jointly submitted a Joint Stipulation Re
2  Confidentiality and for Entry of Protective Order ("Stipulation"), a copy of which
3  is attached hereto as Exhibit A;
4  AND having considered the Stipulation and finding good cause to enter the
5  requested Protective Order set forth therein;
6  IT IS HEREBY ORDERED that the parties' request for entry of a Protective
7  Order as set forth in the Stipulation is GRANTED and that the stipulated Protective
8  Order is hereby APPROVED and entered this  28th  day of
9  ___January___, 2011.

## PHILIP S. GUTIERREZ
_____Hon. Philip S. Gutierrez